UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FEDERAL TREASURY ENTERPRISE
SOJUZPLODOIMPORT and OAO "MOSCOW
DISTILLERY CRISTALL,"

    Plaintiffs – Counterdefendants –
    Appellants – Cross-Appellees,

– against –

SPIRITS INTERNATIONAL B.V., FORMERLY
KNOWN AS SPIRITS INTERNATIONAL N.V.;
SPI SPIRITS LIMITED; SPI GROUP SA; YURI
SHEFLER; ALEXEY OLIYNIK; and STOLI
GROUP (USA) LLP,

    Defendants – Counterclaimants –
    Appellees – Cross-Appellants.

– and –

ALLIED DOMECQ INTERNATIONAL
HOLDINGS B.V.; ALLIED DOMECQ SPIRITS
& WINES USA, INC. d/b/a ALLIED DOMECQ
SPIRITS, USA; and WILLIAM GRANT &
SONS USA; WILLIAM GRANT & SONS, INC.,

    Defendants – Appellees –
    Cross-Appellants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Case Nos. 14-4721; 15-152

## STIPULATION

TO THE CLERK OF THE COURT AND ALL PARTIES:

    IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rule of Appellate Procedure 42(b), that Plaintiffs Federal Treasury Enterprise Sojuzplodoimport ("FTE") and OAO "Moscow Distillery Cristall" ("Cristall") hereby dismiss with prejudice all of their claims in this action against defendants Allied Domecq International

1000455714v1

Holdings, B.V. ("Allied Domecq International") and Allied Domecq Spirits & Wine USA, LLC (incorrectly named in the Complaint as Allied Domecq Spirits & Wines USA, Inc. and now known as Allied Domecq Spirits & Wine USA, LLC) ("Allied Domecq Spirits"), without costs or attorneys' fees to any party, and therefore:

(1)    FTE and Cristall hereby withdraw their appeal against Allied Domecq International and Allied Domecq Spirits with prejudice and without costs or attorneys' fees to any party, and

(2)    Allied Domecq International and Allied Domecq Spirits hereby withdraw their cross-appeal against FTE and Cristall with prejudice and without costs or attorneys' fees to any party.

*(Signatures appear on next page)*

1000455714v1

Dated: New York, New York
January 26, 2015

        Quinn Emanuel Urquhart & Sullivan, LLP

By: _____

        Marc Greenwald
        51 Madison Avenue, 22nd Floor
        New York, NY 10010
        (212) 849-7000
        marcgreenwald@quinnemanuel.com

Daniel H. Bromberg
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
(650) 801-5000
danbromberg@quinnemanuel.com

*Counsel for Plaintiffs Federal Treasury Enterprise Sojuzplodoimport and OAO "Moscow Distillery Cristall"*

Debevoise & Plimpton LLP

By: _____

        David H. Bernstein (dhbernstein@debevoise.com)
        Michael Schaper (mschaper@debevoise.com)
        Carl Micarelli (cmicarelli@debevoise.com)
        Rayna S. Lopyan (rslopyan@debevoise.com)
919 Third Avenue
New York, NY 10022
(212) 909-6696

*Counsel for Defendants Allied Domecq International Holdings, B.V. and Allied Domecq Spirits & Wine USA, LLC*

1000455714v1